UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| TODD ALFRED ZIMMERMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18-cv-793 |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Honorable Phillip J. Green |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: June 11, 2019      /s/ Phillip J. Green
                         PHILLIP J. GREEN
                         United States Magistrate Judge